IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 3:22-CR-267-S |
| | § | |
| SCOTT WOHRMAN (2) | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**SCOTT WOHRMAN**, by consent and under the authority of *United States v. Dees*, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to FED. R. CRIM. P. 11, and entered guilty pleas to **Counts One and Two of the two-count Information, filed July 19, 2022**. After cautioning and examining **SCOTT WOHRMAN** under oath concerning each of the subjects mentioned in Rule 11, I determined that his guilty pleas were knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of each such offense. Thus, I recommend that the guilty pleas be accepted, and that **SCOTT WOHRMAN** be adjudged guilty of **Conspiracy to Defraud the United States and to Solicit or Receive Remuneration, in violation of 18 U.S.C. § 371 (42 U.S.C. § 1320a-7b(b)(1)&(2),** and **Violating the Anti-Kickback Statute, in violation of 42 U.S.C. § 1320a-7b(b)(1)**, and have sentence imposed accordingly.

After being found guilty of the offenses by the district judge, the defendant must be ordered detained pursuant to 18 U.S.C. § 3143(a)(1) unless the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released. Here, (1) the Government does not oppose release, and (2) I find by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore be released under § 3142(b) or (c). Accordingly, an Order Setting Conditions of Release was entered contemporaneously with this Report and Recommendation.

**SIGNED** October 25, 2022.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).